```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 01900
   CARLOS GRANADOS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0922


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/05/2007 and was not confirmed.

      The case was dismissed without confirmation 06/28/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------------
HARRIS BANK                SECURED                .00         .00          .00
TURNER ACCEPTANCE          SECURED NOT I     4425.00          .00          .00
TURNER ACCEPTANCE          UNSEC W/INTER      280.00          .00          .00
WILSHIRE CREDIT CORPORAT   NOTICE ONLY     NOT FILED          .00          .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE   33075.00           .00          .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00           .00          .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE        .00           .00          .00
ECAST                      UNSEC W/INTER     518.83           .00          .00
T-MOBILE                   UNSEC W/INTER   NOT FILED          .00          .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00           .00          .00
THAYER C TORGERSON         DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                     3,900.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,900.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                    3,900.00
                        --------------      --------------
TOTALS                   3,900.00                3,900.00




              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 01900 CARLOS GRANADOS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |